UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED

UNITED STATES OF AMERICA )
) 1:04-CR-_118_
V. )
) My JUDGE Carter
THOMAS GIBSON )

2004 AUG -5 P 3: 45

INFORMATION

COUNT 1

The United States Attorney charges that during the calendar year 2000, the defendant, THOMAS GIBSON, who was a resident of Riceville, Tennessee, had and received gross income of $1,121,008.00; that by reason of such gross income he was required by law, following the close of the calendar year 2000 and on or before April 15, 2001, to make an income tax return to the representative of the District Director of the Internal Revenue Service within the Eastern District of Tennessee, or to the Internal Revenue Service Center, at Memphis, Tennessee, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said representative of the District Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

All in violation of Title 26, United States Code, Section 7203.

HARRY S. MATTICE, JR.
UNITED STATES ATTORNEY

By: John P. MacCoon
Assistant United States Attorney
1110 Market Street, Suite 301
Chattanooga, TN 37402
BPR#011213
Telephone: (423)752-5140